IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREEM SANDERS, | Civil No. 3:23-cv-191 |
| Petitioner | (Judge Mariani) |
| v. | |
| WARDEN BARRAZA, | |
| Respondent | |

## ORDER

**AND NOW**, this 3rd day of March, 2023, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus is **DENIED**. (Doc. 1).

2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge